## Carroll v BOP Greenpoint D LLC

2025 NY Slip Op 30627(U)

February 24, 2025

Supreme Court, New York County

Docket Number: Index No. 158842/2021

Judge: Mary V. Rosado

Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service.

This opinion is uncorrected and not selected for official publication.

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

PRESENT:   HON. MARY V. ROSADO                          PART                    33M

                                                              Justice

-----------------------------------------------------------------------X

TIMOTHY CARROLL, CYNTHIA CARROLL,                    INDEX NO.          158842/2021

                            Plaintiff,               MOTION DATE        11/04/2024

                  - v -                              MOTION SEQ. NO.       001

BOP GREENPOINT D LLC, GREENPOINT LANDING
ASSOCIATES, LLC, NEW LINE STRUCTURES &
DEVELOPMENT LLC,                                      DECISION + ORDER ON
                                                          MOTION
                            Defendant.

-----------------------------------------------------------------------X

BOP GREENPOINT D LLC, GREENPOINT LANDING                    Third-Party
ASSOCIATES, LLC, NEW LINE STRUCTURES &               Index No.  595691/2023
DEVELOPMENT LLC

                            Plaintiff,

                  -against-

URBAN PRECAST, LLC, U.S CRANE & RIGGING LLC, NYC
CRANE HOIST OPERATION, LLC

                            Defendant.

-----------------------------------------------------------------------X

The following e-filed documents, listed by NYSCEF document number (Motion 001) 51, 52, 53, 54, 55, 56

were read on this motion to/for                _____ AMEND CAPTION/PLEADINGS _____.

Upon the foregoing documents, a final submission date of January 14, 2025, there being no opposition, and good cause having been shown, Plaintiff Timothy Carroll's ("Plaintiff") motion for an Order permitting the substitution of Plaintiff, as Administrator of the Estate of Cynthia Carroll, as co-plaintiff in the place and stead of Cynthia Carroll, lifting the stay of this case, and restoring same to active status, is granted.

Substitution is governed by CPLR 1015 which provides that "[i]f a party dies and the claim for or against him is not thereby extinguished the court shall order substitution of the proper parties." Here, Plaintiff's counsel provides sufficient documentary evidence to support the Court's finding that Plaintiff is the duly appointed fiduciary of Cynthia Carroll estate under the laws of New York and thus is the proper party for substitution (NYSCEF Docs. 54, 55; *see TAG 380, LLC v Estate of Ronson*, 69 AD3d 471, 474 [1st Dept 2010]). Moreover, the parties have filed a stipulation consenting to the substitution dated November 4, 2024 (NYSCEF Doc. 56). Thus, Plaintiff's motion is granted, the automatic stay lifted, and the matter restored to active status.

Accordingly, it is hereby,

ORDERED that Plaintiff's motion pursuant to CPLR 1015(a) is granted, and Plaintiff Timothy Carroll, as Administrator of the Estate of Cynthia Carroll, is to be substituted in place and stead of Plaintiff Cynthia Carroll, deceased; and it is further

*[The remainder of this page is intentionally left blank.]*

**158842/2021   CARROL, TIMOTHY ET AL vs. BOP GREENPOINT D LLC ET AL**                 **Page 2 of 4**
**Motion No.  001**

2 of 4

ORDERED that the caption of the action is amended to read as follows:

SUPREME COURT OF THE STATE OF NEW YORK

-------------------------------------------------------------------------X
TIMOTHY CARROLL, Individually, and TIMOTHY
CARROLL, as Administrator of the Estate of Cindy (Cynthia)
Carroll, Deceased,

Index No.: 158842/2021

*Plaintiff,*

-against-

BOP GREENPOINT D LLC,
GREENPOINT LANDING ASSOCIATES LLC, and
NEW LINE STRUCTURES AND DEVELOPMENT LLC,

*Defendants*
-------------------------------------------------------------------------X
BOP GREENPOINT D LLC, GREENPOINT
LANDING ASSOCIATES, LLC, and NEW LINE
STRUCTURES & DEVELOPMENT LLC,

*Third-Party Plaintiffs,*

-against-

URBAN PRECAST, LLC, U.S. CRANE & RIGGING
LLC and NYC CRANE HOIST OPERATION, LLC,

*Third-Party Defendants*
-------------------------------------------------------------------------

; and it is further

ORDERED that within ten days of entry, Plaintiff shall serve a copy of this Order with

notice of entry upon the Trial Support Office, and shall file the notice required by CPLR § 8019(c)

and a completed Form EF-22 with the County Clerk in accordance with the procedures set forth

in the *Protocol on Courthouse and County Clerk Procedures for Electronically Filed Cases*

(accessible at the "E-Filing" page on the court's website at the address

www.nycourts.gov/supctmanh), and the Trial Support Office shall thereupon amend the court

records accordingly; and it is further

**158842/2021   CARROL, TIMOTHY ET AL vs. BOP GREENPOINT D LLC ET AL**
**Motion No.  001**

**Page 3 of 4**

ORDERED that the automatic stay imposed by decedent Cynthia Carroll's death is hereby lifted; and it is further

ORDERED that the parties are directed to meet and confer and, on or before May 26, 2025, submit a proposed compliance conference order to the Court via e-mail to sfc-part33-clerk@nycourts.gov. In the event the parties cannot agree to a proposed compliance conference order, they shall appear for an in-person compliance conference on May 28, 2025 at 9:30 a.m. in Room 442, 60 Centre Street, New York, New York; and it is further

ORDERED that within 10 days of entry, counsel for Plaintiff shall serve a copy of this Decision and Order, with notice of entry, on all parties via NYSCEF.

This constitutes the Decision and Order of the Court.

| 2/24/2025 | | | | _M&y V Ro&A JSC_ | |
|---|---|---|---|---|---|
| **DATE** | | | | **HON. MARY V. ROSADO, J.S.C.** | |
| **CHECK ONE:** | ☐ CASE DISPOSED | | ☒ NON-FINAL DISPOSITION | | |
| | ☒ GRANTED | ☐ DENIED | ☐ GRANTED IN PART | | ☐ OTHER |
| **APPLICATION:** | ☐ SETTLE ORDER | | ☐ SUBMIT ORDER | | |
| **CHECK IF APPROPRIATE:** | ☐ INCLUDES TRANSFER/REASSIGN | | ☐ FIDUCIARY APPOINTMENT | | ☐ REFERENCE |

**158842/2021   CARROL, TIMOTHY ET AL vs. BOP GREENPOINT D LLC ET AL**
Motion No. 001

Page 4 of 4

4 of 4

[* 4]